IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ALLCONNECT, INC., § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. 1:18-CV-566-LY |
| § | |
| MICROBRAND MEDIA, LLC, § | |
| DEFENDANT. § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On this same date, the court rendered an order dismissing this cause without prejudice. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

SIGNED this 13th day of November, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE